# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA
### EASTERN DIVISION

| | |
|---|---|
| DENNIS KEITH RHINEHARDT, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | **JUDGMENT** |
| CAROLYN W. COLVIN, ) | **CASE NO. 4:12-CV-101-D** |
| *Acting Commissioner of Social Security*, ) | |
| Defendant. ) | |

Decision by the Court:

**IT IS ORDERED AND ADJUDGED** that the Court GRANTS Plaintiff's Motion for Judgment on the Pleadings [D.E. 23], DENIES Defendant's Motion for Judgment on the Pleadings [D.E. 24], and REMANDS the action to the Commissioner under sentence four of 42 U.S.C. § 405(g).

THE ABOVE JUDGMENT WAS ENTERED TODAY, **MAY 30, 2013,** WITH A COPY TO:

Janet M. Lyles  (via CM/ECF electronic notification)
Cassia W. Parson   (via CM/ECF electronic notification)


May 30, 2013
Date

JULIE A. RICHARDS, Clerk
Eastern District of North Carolina

/s/Debby Sawyer
(By) Deputy Clerk

Raleigh, North Carolina